U.S. Department of Justice

United States Attorney
District of New Jersey

---

402 East State Street, Room 430

Trenton, New Jersey 08608

PHONE (609) 989-2190
MAIN FAX (609) 989-2275
CIVIL FAX (609) 989-2360

June 28, 2016

William T. Walsh, Clerk
United States District Court
402 East State Street
Trenton, New Jersey  08608

    Attn: Melissa Rhoads, Deputy-In-Charge

        Re: United States v. Shaw
        <u>Criminal No. 12cr466</u>

Dear Mr. Walsh:

    Please be advised that the above-mentioned matter has been completed with respect to defendant Michael Shaw.

    Kindly cancel your Recognizance Number TRN729 in the amount of $100,000.00 filed on 2/16/2012.

    Thank you.

                          Very truly yours,

                           PAUL J. FISHMAN
                         United States Attorney

        By:                     
                         R. JOSEPH GRIBKO
                         Assistant U.S. Attorney